1

2                         UNITED STATES DISTRICT COURT

3                        NORTHERN DISTRICT OF CALIFORNIA

4

5     JACK EINHEBER,

6            Plaintiff(s),                       No. C 07-3319 PJH

7        v.                                      **ORDER SETTING CASE
                                                 MANAGEMENT CONFERENCE**
8     REGENTS OF UNIVERSITY OF CA, et al.,

9            Defendant(s).                       [Reassigned Case]

10    _____/

11        TO ALL PARTIES AND COUNSEL OF RECORD:

12        The above matter having been reassigned to the Honorable Phyllis J. Hamilton. It is

13    hereby ordered, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, that a Case

      Management Conference shall be held in this case on **November 1, 2007**, at 2:30 p.m., in
14
      Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco,
15    California.

16
          Counsel shall meet and confer as required by Fed. R. Civ. P. 26(f) prior to the Case
17
      Management Conference with respect to those subjects set forth in Fed. R. Civ. P. 16(c).
18    **Not less than seven (7) calendar days** before the conference, counsel shall file a joint

19    case management statement addressing each of the items listed in the "Standing Order For

      All Judges of the Northern District -- Contents of Joint Case Management statement," which
20
      is attached to this order and can also be found on the court's website.  A proposed order is
21    not necessary.  Following the conference, the court will enter its own Case Management

      and Pretrial Order.  If any party is proceeding without counsel, separate statements may be
22
      filed by each party.
23

24        Each party shall appear personally or by counsel prepared to address all of the

25    matters referred to in this Order and with authority to enter stipulations and make

      admissions pursuant to this Order.  Any request to reschedule the date of the conference
26
      shall be made in writing, and by stipulation if possible, at least  ten (10) calendar days
27    before the date of the conference and must be based upon good cause.

28

                                              1

1     **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF**

2     **CALIFORNIA**

3     **CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

4

5     Commencing March 1, 2007, all judges of the Northern District of California will

6     require the identical information in Joint Case Management Statements filed pursuant to

7     Civil Local Rule 16-9.  The parties must include the following information in their statement

8     which, except in unusually complex cases, should not exceed ten pages:

9     1.      Jurisdiction and Service:  The basis for the court's subject matter jurisdiction over

10    plaintiff's claims and defendant's counterclaims, whether any issues exist regarding

11    personal jurisdiction or venue, whether any parties remain to be served, and, if any parties

      remain to be served, a proposed deadline for service.

12    2.      Facts: A brief chronology of the facts and a statement of the principal factual

13    issues in dispute.

14    3.      Legal Issues: A brief statement, without extended legal argument, of the disputed

15    points

16    of law, including reference to specific statutes and decisions.

17    4.      Motions: All prior and pending motions, their current status, and any anticipated

18    motions.

19    5.      Amendment of Pleadings: The extent to which parties, claims, or defenses are

20    expected to be added or dismissed and a proposed deadline for amending the pleadings.

21

22    6.      Evidence Preservation: Steps taken to preserve evidence relevant to the issues

23    reasonably evident in this action, including interdiction of any document-destruction

      program and any ongoing erasures of e-mails, voice mails, and other electronically-

24    recorded material.

25

26    7.      Disclosures: Whether there has been full and timely compliance with the initial

      disclosure requirements of Fed. R. Civ. P. 26 and a description of the disclosures made.

27

28

2

1   8.      Discovery: Discovery taken to date, if any, the scope of anticipated discovery, any
2   proposed limitations or modifications of the discovery rules, and a proposed discovery plan
3   pursuant to Fed. R. Civ. P. 26(f).

4   9.      Class Actions: If a class action, a proposal for how and when the class will be
5   certified.

6   10.     Related Cases: Any related cases or proceedings pending before another judge of
7   this court, or before another court or administrative body.

8
9   11.     Relief: All relief sought through complaint or counterclaim, including the amount of
    any damages sought and a description of the bases on which damages are calculated.  In
10  addition, any party from whom damages are sought must describe the bases on which it
11  contends damages should be calculated if liability is established.

12  12.     Settlement and ADR: Prospects for settlement, ADR efforts to date, and a specific
13  ADR plan for the case, including compliance with ADR L.R. 3-5 and a description of key
14  discovery or motions necessary to position the parties to negotiate a resolution.

15  13.     Consent to Magistrate Judge For All Purposes: Whether all parties will consent to
16  have a magistrate judge conduct all further proceedings including trial and entry of
17  judgment.

18  14.     Other References: Whether the case is suitable for reference to binding arbitration, a
19  special master, or the Judicial Panel on Multidistrict Litigation.

20
21  15.     Narrowing of Issues: Issues that can be narrowed by agreement or by motion,
    suggestions to expedite the presentation of evidence at trial (e.g., through summaries or
22  stipulated facts), and any request to bifurcate issues, claims, or defenses.

23
24  16.     Expedited Schedule: Whether this is the type of case that can be handled on an
    expedited basis with streamlined procedures.
25
26  17.     Scheduling: Proposed dates for designation of experts, discovery cutoff, hearing of
    dispositive motions, pretrial conference and trial.
27
28  18.     Trial: Whether the case will be tried to a jury or to the court and the expected length
    of the trial.

1    19.    <u>Disclosure of Non-party Interested Entities or Persons</u>: Whether each party has filed

2    the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.  **In**

3    **addition**, each party must restate in the case management statement the contents of its

    certification by identifying any persons, firms, partnerships, corporations (including parent

4    corporations) or other entities known by the party to have either:  (i) a financial interest in

5    the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of

    interest that could be substantially affected by the outcome of the proceeding.

6

7    20.    Such other matters as may facilitate the just, speedy and inexpensive disposition of

    this matter.

8

9        IT IS SO ORDERED.

10

11    Dated:  October 1, 2007

12        _____
        PHYLLIS J. HAMILTON
        United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JACK EINHEBER,

              Plaintiff,

  v.

REGENTS OF UNIVERSITY OF CA et al,

              Defendants.

                                 /

Case Number: CV07-03319 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 1, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jack Einheber
2124 Kittredge Street
#400
Berkeley, CA 94704

Dated: October 1, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk