UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACK EINHEBER,

    Plaintiff,

    v.

REGENTS OF UNIVERSITY OF CALIFORNIA,

    Defendant.
_____/

No. C 07-3319 PJH

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

    Pro se plaintiff Jack Einheber filed this action on June 5, 2007. At the time he filed the complaint, he also filed a request for leave to proceed in forma pauperis ("IFP"). The case was reassigned to the undersigned judge on September 28, 2007. On October 1, 2007, the court set an initial case management conference for November 1, 2007. The order was mailed to plaintiff's address of record.

    On October 2, 2007, the court issued an order denying the IFP request, and ordering plaintiff to pay the filing fee by November 1, 2007. That order was also mailed to plaintiff's address of record. On October 18, 2007, the envelope containing the order denying the IFP request was returned by the U.S. Postal Service as "undeliverable."

    On October 26, 2007, plaintiff filed a case management conference statement, indicating that he had received the order setting the case management conference statement. He stated that he "has been on the East Coast for several months because of unresolved . . . serious health issues and pressing family matters." In addition, he states

that "[i]t was his understanding that since he is proceeding in forma pauperis, . . . service [of defendants] was to be undertaken by the [c]ourt."

That same day, October 26, 2007, the clerk placed a call to plaintiff at the telephone number of record, and left a message requesting plaintiff to call the court no later than October 29, 2007, and provide his correct address of record. As of 9:00 a.m. on October 30, 2007, plaintiff had not done so.

Because the court has denied plaintiff's request to proceed IFP, plaintiff is responsible for arranging to have defendants served with the summons and complaint, in accordance with Federal Rule of Civil Procedure 4. Because plaintiff has not yet served defendants, the court finds that the date for the case management conference must be VACATED.

Pursuant to Civil Local Rule 3-11, plaintiff is required to promptly notify the court when and if his address changes. Civ. L.R. 3-11(a). If mail addressed to a pro se plaintiff is returned to the court as undeliverable, and the court does not receive "within 60 days of this return a written communication from the . . . pro se party indicating a current address," the court may dismiss the complaint. Civ. L.R. 3-11(b).

Accordingly, if the court does not receive a current address from plaintiff by December 17, 2007, the case will be dismissed. Additionally, plaintiff must pay the filing fee and serve defendants by that date; otherwise, the case will be dismissed on those grounds as well.

**IT IS SO ORDERED.**

Dated: October 30, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK EINHEBER,<br><br>        Plaintiff,<br><br>  v.<br><br>REGENTS OF UNIVERSITY OF CA,<br><br>        Defendant.<br>_____/ | Case Number: CV07-03319 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jack Einheber
2124 Kittredge Street
#400
Berkeley, CA 94704

Dated: October 30, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk