UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACK EINHEBER,

      Plaintiff,

      v.

REGENTS OF UNIVERSITY OF CALIFORNIA, et al.,

      Defendant.
_____/

No. C 07-3319 PJH

**ORDER**

Plaintiff Jack Einheber filed this action on June 5, 2007. He also requested leave to proceed in forma pauperis ("IFP"). On October 2, 2007, the court denied the request to proceed IFP. On October 30, 2007, the court ordered plaintiff to serve defendants with the summons and complaint by December 17, 2007, stating that the case would be dismissed if plaintiff failed to do so.

On December 19, 2007, the court received (in an envelope postmarked December 18, 2007) a single-page return of service signed by a Kevin Polk, who stated that he served the summons and complaint on December 13, 2007, by "[leaving] copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein." The name of the person with whom the summons and complaint was left was Margaret Woo.

The return of service does not indicate the name of the parties or the case number, the name of the defendant served, or the address where the defendant was served. The lack of the name and address of the defendant is particularly problematic as the complaint alleges claims against the Regents of the University of California, the University of

California at Berkeley, and four individuals – Debra Harrington, Joyce Harlan, Victoria Harrison, and William Foley.

"A summons – or a copy of a summons that is addressed to multiple defendants – must be issued for each defendant to be served." See Fed. R. Civ. P. 4(b). "A summons must be served with a copy of the complaint." Fed. R. Civ. P. 4(c)(1). Thus, service of the summons and complaint must be as to each defendant individually. Accordingly, the return of service is defective and will not be accepted.

No later than Thursday, January 3, 2007, plaintiff must file a properly completed return of service, showing which of the above defendants was served on December 13, 2007, and at which address. So that it can be properly filed, the return of service must also indicate the name and case number.

The court will dismiss the case as to those defendants that plaintiff failed to serve by December 17, 2007.

**IT IS SO ORDERED.**

Dated:  December 19, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK EINHEBER,<br><br>            Plaintiff,<br><br>   v.<br><br>REGENTS OF UNIVERSITY OF CA et al,<br><br>            Defendant.<br>_____ / | Case Number: CV07-03319 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 20, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Jack Einheber
P.O. Box 250014
Columbia University Station
New York, NY 10025

Dated: December 20, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk