1  Jack Einheber, Plaintiff Pro Se
2  2124 Kittredge St. #400   and          P.O. Box 250014
3  Berkeley, CA 94704                     Columbia University Station         FILED
4  (510) 290-1299/Fax (212) 866-4363      New York, NY 10025
                                                                              JAN 2 ? 2008

                                                                              RICHARD W. WIEKING
                                                                              CLERK, U.S. DISTRICT COURT
                                                                              NORTHERN DISTRICT OF CALIFORNIA
                                                                              OAKLAND

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK EINHEBER, | Case No.: CV-97-04352-CW<br>C 07-3319 PJH |
| Plaintiff, | |
| vs. | MOTION FOR LEAVE TO SUBMIT<br>MOTION FOR RECONSIDERATION<br>AND IN OPPOSITION TO |
| THE REGENTS OF THE<br>UNIVERSITY OF CALIFORNIA,<br>THE UNIVERSITY OF CALIFORNIA<br>AT BERKELEY, DEBRA<br>HARRINGTON, JOYCE HARLAN<br>VICTORIA HARRISON, WILLIAM<br>FOLEY in their personal and individual<br>capacities, et al., | DEFENDANTS MOTION TO<br>RELATE CASES AND STAY<br>ACTION<br><br>Accompanying Papers: Proposed Order,<br>Affidavit of Jack Einheber in Support of<br>Judicial Recusal of Judge Claudia<br>Wilken Per 28 USC 144 and 455,<br>Proposed Order, Certificate of Jack<br>Einheber |
| Defendants | No Hearing Date Set |

11     For reasons outlined in plaintiff's motion for reconsideration and opposition

12  to defendants' motion to relate cases and stay action, plaintiff hereby respectfully

13  asks for permission for reconsideration.

14  Signed this Nineteenth Day of January, 2008 at new York, New York

15                                                   _____

16                                                   Jack Einheber, Plaintiff Pro Se

MOTION BY JACK EINHEBER FOR LEAVE FOR RECONSIDERATION CASE NO. C97 04352 CW