1  Jack Einheber, Plaintiff Pro Se
2  2124 Kittredge St. #400 and P.O. Box 250014
3  Berkeley, CA 94704 Columbia University Station
4  (510) 290-1299/Fax (212) 866-4363 New York, NY 10025

**FILED**

JAN 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JACK EINHEBER, | : Case No.: CV-97-04352-CW |
| --- | --- |
| Plaintiff, | : C 07-3319 PJH |
| vs. | : CERTIFICATE OF JACK EINHEBER, PLAINTIFF PRO SE |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, THE UNIVERSITY OF CALIFORNIA AT BERKELEY, DEBRA HARRINGTON, JOYCE HARLAN VICTORIA HARRISON, WILLIAM FOLEY in their personal and individual capacities, et al., | : Accompanying Papers: Affidavit of Jack Einhber in Support of Judicial Recusal of Judge Claudia Wilken Per 28 USC 144 AND 455, Proposed Order, Opposition to Defendants' Motion to Relate Cases and Stay Action, Proposed Order |
| Defendants | : No Hearing Date Set |

1) I declare that my name is Jack Einheber and I am the plaintiff, pro se in the above captioned matter.

2) The statements in this certificate are of my own knowledge and I would competently testify thereto if called upon to do so.

3) I am filing this affidavit in a good faith request (see accompanying certificate) to enact Judge Claudia Wilken's recusal as I believe that I cannot have a fair and impartial trial before her because she

(1)

CERTIFICATE OF JACK EINHEBER, PLAINTIFF PRO SE CASE NOs. C97 04352 CW C07 3319 PJH

1 is prejudiced/biased against me.

2     4. I honestly believe that if the Judge were to take a quiet moment
3 and ask herself whether or not she would tend to apply her preconceived
4 notions in her treatment of matters related to me, the answer would be that
5 she would and she would tend to hastily dismiss my new complaint. I
6 honestly believe that prejudice would be detrimental to the matter I am
7 broaching.

8     5. I am currently in new York City, where I have been for several
9 months for the purpose of helping my younger brother, who has a severe,
10 advanced cancer and who is currently in a deep coma.

11     6. Via U.S. mail, On January 19, 2008 I unexpectedly received a
12 motion by the defense to relate cases and stay action.

13     7. Although, apparently defense counsel, Michael Laurenson, had
14 tried to e-mail me advance notice, this was unsuccessful as the e-mail
15 address he apparently used was and remains inoperable. The first e-mail I
16 received from him was on January 19, 2008 after I read a copy of his failed
17 January 9, 2008 e-mail and sent him an e-mail from the temporary e-mail
18 address jackolympics006@aol.com, I'm currently using. The e-mail he must
19 have used for me valueineducation@aol.com has not been since prior to
20 January 9, 2008 and continues to be inaccessible to me because of password
21 problems that I have had trouble resolving, in part because I am a non-
22 paying (but formerly paying) customer of America on Line (aol). I believe
23 Mr. Laurenson had not used that e-mail address since October 24, 2007,
24 more than 2.5 months ago. Counsel even acknowledges in her declaration:

25     (2)

CERTIFICATE OF JACK EINHEBER, PLAINTIFF PRO SE CASE NOs. C97 04352 CW  C07 3319 PJH

1  "…[her law firm] have found the [sic] Mr. Einheber can sometimes be
2  difficult to get in touch with due to his medical issues, so it is unclear to
3  counsel whether Mr. Einheber can be expected to reply to the e-mail."
4  Given such foreknowledge and the nature of the motion, counsel should
5  have followed up on service, such as checked to see whether or not the e-
6  mail was received. Counsel also knows that plaintiff is often on the East
7  Coast and that mail service to him there has taken some time.
8
9  I do reply to e-mails when I receive them. That was not the case this time.
10 I am, however, a medically and financially challenged person, due mainly
11 to medical expenses and disability. I had to take the free aol to save money
12 and that is one reason I have had trouble re-establishing the e-mail counsel
13 sent the un-received message to. Counsel has several phone numbers by
14 which to reach me at and could have done so, as he has done successfully
15 on numerous occasions in the past. I am a pro se litigant and counsel is
16 aware of and acknowledges some of my challenges.
17
18 I hereby certify that the accompanying affidavit and foregoing is true and
19 correct to the best of knowledge and recollection. Signed this Twentieth
20 Day of January, 2008 at New York, New York.
21
22                                          [signature]
23                                          Jack Einheber, Plaintiff Pro Se
24
25                              (3)

CERTIFICATE OF JACK EINHEBER, PLAINTIFF PRO SE CASE NOs. C97 04352 CW  C07 3319 PJH