Jack Einheber, Plaintiff Pro Se
2124 Kittredge St. #400   and
Berkeley, CA 94704
(510) 290-1299/Fax (212) 866-4363

P.O. Box 250014
Columbia University Station
New York, NY 10025

FILED
JAN 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK EINHEBER,<br><br>Plaintiff,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, THE UNIVERSITY OF CALIFORNIA AT BERKELEY, DEBRA HARRINGTON, JOYCE HARLAN VICTORIA HARRISON, WILLIAM FOLEY in their personal and individual capacities, et al.,<br><br>Defendants | Case No.: CV-97-04352-CW<br>C 07-3319 PJH<br><br>CERTIFICATE OF SERVICE |

My name is Jack Einheber and I am the plaintiff pro se in this matter. Via U.P.S. overnight courier service, fully prepaid, I served the following documents on the following parties, on the date set forth below, in the manner specified below:

- MOTION FOR RECONSIDERATION AND IN OPPOSITION TO DEFENDANTS MOTION TO RELATE CASES AND STAY ACTION

- MOTION FOR LEAVE TO SUBMIT MOTION FOR RECONSIDERATION AND IN OPPOSITION TO DEFENDANTS MOTION TO RELATE CASES AND STAY ACTION

- [PROPOSED] ORDER MOTION FOR RECONSIDERATION AND IN OPPOSITION TO DEFENDANTS MOTION TO RELATE CASES AND STAY ACTION

1

- AFFIDAVIT OF JACK EINHEBER IN SUPPORT OF JUDICIAL RECUSAL OF JUDGE CLAUDIA WILKEN PER 28 U.S.C. §144 AND 28 U.S.C. §455

- CERTIFICATE OF JACK EINHEBER, PLAINTIFF PRO SE

- [PROPOSED] ORDER FOR RECUSAL

> The Honorable Phyllis J. Hamilton
> U.S. District Court
> Northern District of California
> 450 Golden Gate Avenue
> 16th Floor, Suite 1111
> San Francisco, CA 94102-3483
>
> The Honorable Claudia Wilken
> U.S. District Court
> Northern District of California
> 1301 Clay Street
> Suite 400 South
> Oakland, CA 94612
>
> Paula Kutansky-Brown
> c/o Gordon & Rees
> Embarcadero Center West
> 275 Battery St.
> Suite 2000
> San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct. Executed this Twenty-Second Day of January, 2008 at New York, New York.

_Jack Einheber_