Jack Einheber

P.O. Box 250014   2124 Kittredge St. #400

Columbia University Station   Berkeley, CA 94704

New York, NY 10025   (510) 290-1299/Fax (212) 866-4363

January 23, 2008

Re: Case Nos. C97 04352 CW   C07 3319 PJH

Hon. Claudia Wilken

U.S. District Court of Northern California

1301 Clay St., suite 400 soouth

Oakland, CA 94612

FILED

JAN 2  2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Dear Judge Wilken:

The only difference between my original affidavit and the amended affidavit is item 16. The first 15 items are identical.

Sincerely

Jack Einheber

Cc:   Hon. Phyllis J. Hamilton

Paula Kutansky-Brown c/o Gordon & Rees LLP

Attachments