Jack Einheber, Plaintiff Pro Se
2124 Kittredge St. #400   and           P.O. Box 250014
Berkeley, CA 94704                      Columbia University Station
(510) 290-1299/Fax (212) 866-4363       New York, NY 10025

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK EINHEBER, | Case No.: CV-97-04352-CW<br>C 07-3319 PJH |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, THE UNIVERSITY OF CALIFORNIA AT BERKELEY, DEBRA HARRINGTON, JOYCE HARLAN VICTORIA HARRISON, WILLIAM FOLEY in their personal and individual capacities, et al., | FILED<br>JAN 24 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |
| Defendants | |

My name is Jack Einheber and I am the plaintiff pro se in this matter. Via Federal Express overnight courier service, fully prepaid, I served the following documents on the following parties, on the date set forth below, in the manner specified below:

- AMENDED AFFIDAVIT OF JACK EINHEBER IN SUPPORT OF JUDICIAL RECUSAL OF JUDGE CLAUDIA WILKEN PER 28 U.S.C. §144 AND 28 U.S.C. §455

> The Honorable Phyllis J. Hamilton
> U.S. District Court
> Northern District of California
> 450 Golden Gate Avenue

1

16th Floor, Suite 1111
San Francisco, CA 94102-3483

The Honorable Claudia Wilken
U.S. District Court
Northern District of California
1301 Clay Street
Suite 400 South
Oakland, CA 94612

Paula Kutansky-Brown
c/o Gordon & Rees
Embarcadero Center West
275 Battery St.
Suite 2000
San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct. Executed this Twenty-Third Day of January, 2008 at New York, New York.

Jack Einheber