1 Jack Einheber, PLAINTIFF Pro Se
2 2124 Kittredge St. #400
3 Berkeley, CA 94704
4 (510) 290-1299
5         and
6 P.O. Box 250014
7 New York, New York 10025
8 Facsimile (212) 866-4363




## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK EINHEBER,<br><br>       Plaintiff,<br><br>   vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, THE UNIVERSITY OF CALIFORNIA AT BERKELEY, DEBRA HARRINGTON, JOYCE HARLAN and VICTORIA HARRISON in their personal and individual capacities, et al.,<br><br>       Defendants | Case No.: C97 04352 CW<br>C 07-3319 PJH<br><br>MOTION FOR ALTERNATIVE DISPUTE RESOLUTION<br><br>Accompanying Paper: Amended Complaint for Violations of Amendments I and XIV, the ADA and the Federal Rehabilitation Act of 1964.<br><br>Judge: Hon. Claudia Wilken |

13  The instant matter as redefined by plaintiff's amended complaint is
14 suited for alternative dispute resolution. The entire issue at hand could be
15 resolved by merely resuming plaintiff's denial of promotion hearings.
16  Mere resumption via ADR, even in the interest of justice, might
17 relieve the necessity to determine Constitutional issues and other statutory
18 issues.
19  Other relevant aspects of the case are contained in the accompanying
20 submission, plaintiff's amended complaint.

21  On February 20, 2008, plaintiff asked defense to stipulate to ADR.
22  Defense counsel responded via e-mail that he would not do so at this time,
23  but may or may not decide to do so in the future. (Plaintiff has since
24  altered the draft of his amended complaint he e-mailed defense, but
25  believes the gist to be the same.)
26  Signed this Twenty-Second Day of February, 2008 at New York, New
27  York.
28
29
30

Jack Einheber, Plaintiff Pro Se