1  Jack Einheber, PLAINTIFF Pro Se
2  2124 Kittredge St. #400
3  Berkeley, CA 94704
4  (510) 290-1299
5      and
6  P.O. Box 250014
7  New York, New York 10025
8  Facsimile (212) 866-4363

**FILED**

FEB 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK EINHEBER,<br><br>Plaintiff,<br><br>vs.<br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, THE UNIVERSITY OF CALIFORNIA AT BERKELEY, DEBRA HARRINGTON, JOYCE HARLAN and VICTORIA HARRISON in their personal and individual capacities, et al.,<br><br>Defendants | Case No.: C97 04352 CW<br>C 07-3319 PJH<br><br>MOTION FOR E-MAIL FILING<br><br>Accompanying Papers: Amended Complaint; Motions for ADR; and Enlargement of Time to Respond<br><br>Judge: Hon. Claudia Wilken |

12      Because plaintiff is located out of State and short on monetary resources, he

13  respectfully asks the Court for permission for e-filing.

14      Signed this Twenty-Third Day of February, 2008.

15                                             _____

16                                             Jack Einheber, Plaintiff, Pro Se

1