1  Jack Einheber, PLAINTIFF Pro Se
2  2124 Kittredge St. #400
3  Berkeley, CA 94704
4  (510) 290-1299
5     and
6  P.O. Box 250014
7  New York, New York 10025
8  Facsimile (212) 866-4363



FILED

FEB 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

9           UNITED STATES DISTRICT COURT
10          NORTHERN DISTRICT OF CALIFORNIA
11



| JACK EINHEBER, | Case No.: C97 04352 CW |
| | C 07-3319 PJH |
| Plaintiff, | |
| | MOTION FOR ENLARGEMENT OF TIME |
| vs. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, THE UNIVERSITY OF CALIFORNIA AT BERKELEY, DEBRA HARRINGTON, JOYCE HARLAN and VICTORIA HARRISON in their personal and individual capacities, et al., | Accompanying Papers: Amended Complaint; Motions for ADR; and Motion for E-filing |
| | Judge: Hon. Claudia Wilken |
| Defendants | |

12    Plaintiff is currently located on the East Coast for medical and important
13 family affairs. He is scheduled for two and probably three diagnostic medical
14 procedures during the next month. Two of these are invasive, surgical procedures.
15 The last is scheduled for March 25, 2008 and sometimes requires a recuperation
16 period of a week to ten days or emergency surgery immediately following the
17 procedure.
18    Depending on what the other procedures reveal, follow-up may or may not
19 be necessary and this may include surgery.

1   Plaintiff has his files in California and needs to retrieve evidentiary
2   documents to support his brief. Additionally, there are religious holidays which
3   require his presence on the East Coast April 19-27.
4   Plaintiff therefore requests he be granted an extension of at least sixty days,
5   until at least May 13, 2008 to file his response to defendants' brief.
6   Signed this Twenty-Fourth Day of February, 2008.

7
8   Jack Einheber, Plaintiff, Pro Se
9