Jack Einheber, Plaintiff Pro Se
2124 Kittredge St. #400  and
Berkeley, CA 94704
(510) 290-1299/Fax (212) 866-4363

P.O. Box 250014
Columbia University Station
New York, NY 10025





UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK EINHEBER, | Case No.: CV-97-04352-CW |
| | C 07-3319 PJH |
| Plaintiff, | |
| | CERTIFICATE OF SERVICE |
| vs. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, THE UNIVERSITY OF CALIFORNIA AT BERKELEY, DEBRA HARRINGTON, JOYCE HARLAN VICTORIA HARRISON, in their personal and individual capacities, et al., | |
| Defendants | |

My name is Jack Einheber and I am the plaintiff pro se in this matter. On February 25, 2008 I served the following documents on defendants through their lead counsel, Michael A. Laurenson, Esq., at:

mlaurenson@gordonrees.com

1. AMENDED COMPLAINT PER FRCP 3 AND 77(a) FOR VIOLATION OF PLAINTIFF'S RIGHTS PER AMENDMENTS I AND XIV OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND FOR DISABILITY DISCRIMINATION PER ADA AND UNDER SECTIONS 794(b)(2)(A) AND REMEDIES UNDER SECTION 794a (a)(1), (a)(2), (b) OF THE FEDERAL REHABILITATION ACT OF 1973

2. MOTION FOR ALTERNATIVE DISPUTE RESOLUTION

3. MOTION FOR ENLARGEMENT OF TIME

4. MOTION FOR E-FILING

5. [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE DISPUTE RESOLUTION

February 25, 2008 via prepaid U.S. Mail I served all of the above documents on defendants through their counsel below:

> Paula Kutansky-Brown
> c/o Gordon & Rees
> Embarcadero Center West
> 275 Battery St.
> Suite 2000
> San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct. Executed this Twenty-Fifth Day of February, 2008 at New York, New York.

_____
Jack Einheber