MICHAEL A. LAURENSON (SBN: 190023)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, DEBRA HARRINGTON, JOYCE HARLAN and VICTORIA HARRISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACK EINHEBER,

Plaintiff,

vs.

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

Defendants.

CASE NO. C07-03319 CW

**DEFENDANTS' LATE BRIEF RE: EFFECT OF APPELLATE OPINION**

In light of the fact that plaintiff has filed an amended pleading which makes it clear that the instant lawsuit "is confined to plaintiff's request for reinstatement of his right to complete two [pre-termination] denial of promotion grievances and mandate that defendants allow him to complete that process" (Amended Complaint, 7:10-12), defendants do not believe that the Ninth Circuit's opinion in plaintiff's related case has any preclusive effect.

Defendants understand the issues raised by this case to be whether defendants' recent decision to close those pre-termination grievances was discriminatory based on plaintiff's disability or retaliatory based on his pre-1990 exercise of his free speech rights or violated plaintiff's right to due process and, if so, whether plaintiff has suffered any harm as a result thereof. Defendants believe that the answers to both those questions are No, but do not believe they can be answered on the pleadings or are precluded by the appellate decision upholding plaintiff's termination.

Defendants therefore intend to respond to the Amended Complaint.

Dated: March 13, 2008

GORDON & REES, LLP

By: [signature]
Michael A. Laurenson
Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111