1  MICHAEL A. LAURENSON (SBN: 190023)
   GORDON & REES LLP
2  Embarcadero Center West
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054

5  Attorneys for Defendants
   THE REGENTS OF THE UNIVERSITY OF
6  CALIFORNIA, DEBRA HARRINGTON,
   JOYCE HARLAN and VICTORIA
7  HARRISON

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JACK EINHEBER,                    )  CASE NO. C07-03319 CW
                                     )
12              Plaintiff,            )  **PROOF OF SERVICE**
                                     )
13     vs.                           )
                                     )
14 THE REGENTS OF THE UNIVERSITY OF  )
   CALIFORNIA, et al.,               )
15                                   )
                Defendants.          )
16                                   )
                                     )
17 _____    )

18

19

20  / / /

21

22  / / /

23

24  / / /

25

26  / / /

27

28  / / /

-1-
PROOF OF SERVICE, CASE NO.: C07-03319 CW

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On March 13, 2008, I served the within document(s):

**DEFENDANTS' LATE BRIEF RE: EFFECT OF APPELLATE OPINION**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

> Jack Einheber
> P.O. Box 250014
> Columbia University Station
> New York, NY 10025

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 13, 2008 at San Francisco, California.

_____
Karen Sheehy