IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACK EINHEBER,

    Plaintiff,

  v.

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

    Defendant.
_____/

No. 07-3319 CW

ORDER GRANTING PLAINTIFF'S MOTION FOR E-MAIL FILING; DENYING AS MOOT PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME; DENYING WITHOUT PREJUDICE MOTION FOR ADR

    The Court has ordered the parties to file briefs as to the effect of the Ninth Circuit's opinion in C-97-4352 CW on Plaintiff's complaint in the above-captioned case.  On February 27, 2008, Plaintiff filed an Amended Complaint.  On March 13, 2008, Defendants filed late their opening brief, addressing the amended pleading and conceding that "defendants do not believe that the Ninth Circuit's opinion in plaintiff's related case has any preclusive effect."  Defendants also stated their intention to respond to the Amended Complaint.

    On February 27, 2008, Plaintiff filed a Motion for Enlargement of Time to file an opposition to Defendants' brief (docket no. 30).  In light of Defendants' statements, Plaintiff's motion is DENIED as moot.

1  Plaintiff also filed a Motion for E-Mail Filing, requesting
2 leave to e-file (docket no. 29).  In order to electronically file
3 documents in the Court's Electronic Case Filing System, Plaintiff
4 must register as an ECF user, and comply with the Court's rules and
5 guidelines governing electronic filing.  In particular, parties are
6 required to lodge for chambers a paper copy of any document that is
7 filed electronically by noon on the following business day.  See
8 General Order 45, § VI.G.  Subject to Plaintiff's compliance with
9 the Court's rules concerning electronic filing, Plaintiff's motion
10 is GRANTED.

11  Having no response from Defendants on Plaintiff's motion for
12 alternative dispute resolution (docket no. 28), the Court DENIES
13 the motion without prejudice at this time.  The Court will address
14 the parties' ADR options at the case management conference set for
15 July 8, 2008.

16       3/21/08
17 Dated _____    _____
18                                          CLAUDIA WILKEN
                                            United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

EINHEBER et al,

        Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA et al,

        Defendant.

Case Number: CV07-03319 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 21, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jack Einheber
P.O. Box 250014
Columbia University Station
New York, NY 10025

Michael Alan Laurenson
Gordon & Rees, LLP
275 Battery Street, 20th Floor
San Francisco, CA 94111

Dated: March 21, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

3