MICHAEL A. LAURENSON (SBN: 190023)
PAULA KUTANSKY-BROWN (SBN: 245342)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA, DEBRA HARRINGTON, JOYCE
HARLAN and VICTORIA HARRISON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK EINHEBER,<br><br>    Plaintiff,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>Defendants. | CASE NO. C 07-03319 CW<br><br>**DEFENDANTS' ANSWER** |

      COMES NOW Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, DEBRA HARRINGTON, JOYCE HARLAN AND VICTORIA HARRISON, by and through their counsel, and answers Plaintiff JACK EINHEBER's Amended Complaint as follows:

      Defendants admit that jurisdiction and venue are proper.

      Defendants deny that they denied plaintiff any rights in the context of his grievances concerning his non-promotion.

      Defendants deny that this case is significant or effects anyone other than plaintiff.

      Defendants admit that plaintiff was employed by UC Berkeley as a police officer and was pursuing a grievance concerning his non-promotion at the time he was terminated in January 1991 for lying to Oakland police officers attempting to serve a warrant on his girlfriend. Except as otherwise admitted, defendants deny plaintiff's allegations concerning his employment.

Defendants admit that, like all other proceedings involving plaintiff, plaintiff's grievance concerning his non-promotion was repeatedly delayed while he grieved his termination and then pursued multiple lawsuits related to his termination. Defendants admit that they advised plaintiff on the dates alleged in 2006 that his pre-termination grievances concerning his non-promotion were being closed. Except as otherwise admitted, defendants deny plaintiff's allegations concerning his grievances.

### AFFIRMATIVE DEFENSES

FIRST AFFIRMATIVE DEFENSE

Defendants allege that said complaint and each of the purported causes of action or claims for relief set forth therein fail to state facts sufficient to constitute a cause of action against these answering defendants.

SECOND AFFIRMATIVE DEFENSE

Defendants allege that said complaint is barred by the applicable statutes of limitation.

THIRD AFFIRMATIVE DEFENSE

Defendants alleges that, by reason of prior administrative and judicial adjudications, Plaintiff may be barred from proceeding all or part of this action according to the principles of collateral estoppel and res judicata.

FOURTH AFFIRMATIVE DEFENSE

Defendants allege that by reason of his own actions, Plaintiff is estopped from proceeding with this claim.

FIFTH AFFIRMATIVE DEFENSE

Defendants allege that said complaint is barred by the doctrine of laches.

### RESERVATION OF ADDITIONAL DEFENSES

Defendants reserve the right to allege other affirmative defenses as they may arise during the course of discovery. Defendants further assert that they are entitled to various privileges, immunities, and affirmative defenses as the same are set forth in the case law and statutes of the State of California. The full nature and extent of such privileges, immunities and affirmative defenses applicable hereto are presently unknown to these answering defendants and therefore,

defendants reserve the right to amend this answer when the same have become fully ascertained and known.

WHEREFORE, Defendants pray for judgment as follows:

1. That this action be dismissed in its entirety, with prejudice;

2. That judgment be entered in favor of Defendants and against Plaintiff;

3. That Defendants be awarded its costs of suit and attorneys' fees incurred herein;

4. For such and other further relief as this Court may deem just and proper.

## JURY TRIAL RESERVATION

Defendants hereby reserve their right to a jury trial.

Dated: April 17, 2008

GORDON & REES, LLP

By: /s/ Michael A. Laurenson
MICHAEL A. LAURENSON
Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, DEBRA HARRINGTON and VICTORIA HARRISON