1  MICHAEL A. LAURENSON (SBN: 190023)
   PAULA KUTANSKY-BROWN (SBN: 245342)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
   Attorneys for Defendants
6  THE REGENTS OF THE UNIVERSITY OF
   CALIFORNIA, DEBRA HARRINGTON,
7  JOYCE HARLAN and VICTORIA
   HARRISON
8
   JACK EINHEBER
9  2124 Kittredge Street, #400
   Berkeley, CA
10 (510) 290-1299
11 Plaintiff Pro Se

12                UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14 JACK EINHEBER,                    )  CASE NO. C07-03319 CW
                                     )
15                     Plaintiff,    )  **JOINT REQUEST FOR REFERRAL TO**
                                     )  **ADR**
16         vs.                       )
                                     )
17 THE REGENTS OF THE UNIVERSITY OF  )
   CALIFORNIA, et al.,               )
18                                   )
                       Defendants.   )
19 _____    )

20

21        The parties hereby jointly request referral to Magistrate Maria Elena-James for settlement

22 conference. The parties wish to conduct this settlement conference prior to the initial case

23 management conference with the Court on July 8, 2008, and are available to conduct the

24 settlement conference on the following dates: June 23 and 24, 2008.

25 Dated:    June 2, 2008

26                                      _____
                                        Jack Einheber
27                                      Plaintiff Pro Se

28

                              -1-

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

1    Dated:    June 6, 2008                    GORDON & REES, LLP

2

3                                              By:

4                                              Michael A. Laurenson
                                               Attorneys for Defendants
5                                              THE REGENTS OF THE UNIVERSITY OF
                                               CALIFORNIA

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

UCR/0062161/5707708v.1