MICHAEL A. LAURENSON (SBN: 190023)
PAULA KUTANSKY-BROWN (SBN: 245342)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA, DEBRA HARRINGTON,
JOYCE HARLAN and VICTORIA
HARRISON

JACK EINHEBER
2124 Kittredge Street, #400
Berkeley, CA
(510) 290-1299

Plaintiff Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK EINHEBER, <br><br> Plaintiff, <br><br> vs. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., <br><br> Defendants. | CASE NO. C07-03319 CW <br><br> **STIPULATION AND PROPOSED ORDER REGARDING ADR AND CASE MANAGEMENT** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that a settlement conference occur in the matter before Magistrate Judge Maria Elena-James on September 29, 2008, at 2:00 p.m., that date having been reserved with Judge James' clerk.

WHEREFORE, the parties request that the Court refer the parties to settlement with Judge James, and order that he Initial Case Management Conference, presently set for July 8, 2008, be continued to an appropriate date sometime thereafter.

1 | Dated: June 26, 2008

_____
Jack Einheber
Plaintiff Pro Se

4 | Dated: ~~June~~ July 1, 2008

GORDON & REES, LLP

By: _____
Michael A. Laurenson
Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

Based on the stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED that the parties are referred to Magistrate Judge Maria-Elena James for settlement conference on September 29, 2008, at 2:00 p.m.

The Initial Case Management Conference, presently set for July 8, 2008, is continued to _____.

_____    _____
DATE                          UNITED STATES MAGISTRATE JUDGE

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

UCR/0062161/5760304v.1

-2-
STIP & ORDER RE ADR AND CMC – CASE NO C07-03319 CW