IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACK EINHEBER,

      Plaintiff,

  v.

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

      Defendants.

No. C 07-03319 CW

<u>CONDITIONAL ORDER OF DISMISSAL</u>

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 60 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

IT IS SO ORDERED.

Dated: 9/29/08

                                       CLAUDIA WILKEN
                                       United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EINHEBER et al, | Case Number: CV07-03319 CW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Jack Einheber
P.O. Box 250014
Columbia University Station
New York,  NY 10025

Michael Alan Laurenson
Gordon & Rees, LLP
275 Battery Street, 20th Floor
San Francisco,  CA 94111

Dated: September 30, 2008

                                        Richard W. Wieking, Clerk
                                        By: Sheilah Cahill, Deputy Clerk